IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Luceen Deberowley,<br><br>  Plaintiff,<br><br>v.<br><br>Ironwood Community Management Services, LLC, an Arizona limited liability company, et al.,<br><br>  Defendants. | No.: CV18-01983-PHX DGC<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pending before the Court is the parties' stipulation and joint motion for dismissal with prejudice.  Doc. 24.

**IT IS ORDERED** that the stipulation and joint motion for dismissal with prejudice (Doc. 24) is **granted.**  This action is hereby dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees except as otherwise agreed by the parties in writing.

Dated this 23rd day of April, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge